# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 85190

FILED

SEP 01 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for relief from judgment or order pursuant to Rule 60 of the Nevada Rules of Civil Procedure based on new and equitable rules of law filed 10/2/2015". Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule provides for an appeal from this order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-27497

cc:    Hon. Jacqueline M. Bluth, District Judge
Brian Kerry O'Keefe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk